IH-32                                            Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

#### Full Caption of Later Filed Case:

DMITRIY BEKKERMAN and GLENN AUSTIN WESTER, individually and derivatively on behalf of TOWER GROUP INTERNATIONAL, LTD., and on behalf of all others similarly situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 14-cv-3553 |
| MICHAEL H. LEE, CHARLES A. BRYAN, FRANCIS M. COLALUCCI, WILLIAM W. FOX, JR., WILLIAM A. ROBBIE, STEVEN W. SCHUSTER, ROBERT S. SMITH, JAN R. VAN GORDER, AUSTIN P. YOUNG III, TOWER GROUP INTERNATIONAL, LTD., and TOWER GROUP, INC., | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

IN RE TOWER GROUP INTERNATIONAL, LTD. SHAREHOLDER LIGITATION

| Plaintiff | Case Number |
|---|---|
| vs. | Lead C.A. No. 1:14-cv-00254-HB |
| Defendant | |

Page 1

IH-32                                                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open     (If so, set forth procedural status and summarize any court rulings.)

The Earlier Filed Case was consolidated from Wilson v. Tower Group International, Ltd., No. 1:14-cv-00254, and Raul v. Tower Group International, Ltd., No. 1:14-cv-01387. The initial complaint in Wilson was filed on Jan. 14, 2014. An amended complaint was filed in Wilson on Feb. 27, 2014. The complaint in Raul was filed on Mar. 3, 2014. On May 12, 2014, the Court entered an order consolidating Wilson and Raul. A Pre-Trial Conference is scheduled to occur on May 22, 2014 at 3:00 PM before Judge Harold Baer. No consolidated complaint has been filed, as a lead plaintiff has yet to be appointed. Discovery is currently stayed pursuant to the Private Securities Litigation Reform Act.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The Complaint filed by Plaintiffs Bekkerman and Wester asserts various claims against Tower Group International, Ltd. ("Tower"), Tower's current and former directors and officers, and Tower Group, Inc. ("TGI") principally arising from a proposed merger transaction between Tower and ACP Re, Ltd. ("ACP"). These claims substantially overlap with the breach of fiduciary duty and proxy misstatement claims asserted in Wilson v. Tower Group International, Ltd., No. 1:14-cv-00254, and Raul v. Tower Group International, Ltd., No. 1:14-cv-01387, which have already been consolidated. Like the Complaint's claims here, the claims in Wilson and Raul also arise from the proposed merger transaction between Tower and ACP.

Signature: _M. Euban._                                    Date: May 14, 2014

Firm: Willkie Farr & Gallagher LLP